IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH TILLERY | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-4799 |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE | : |

## ORDER

AND NOW, this 21st day of September 2016, upon extended consideration of the Petition for Writ of *habeas corpus* (ECF Doc. No. 1), Judge Strawbridge's August 26, 2016 Report and Recommendation (ECF Doc. No. 14), Petitioner's Objections (ECF Doc. No. 15) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. United States Magistrate Judge Strawbridge's comprehensive Report and Recommendation (ECF Doc. No. 14) is **APPROVED AND ADOPTED**;

2. The Petition for Writ of *habeas corpus* (ECF Doc. No. 1) is **DENIED with prejudice and DISMISSED**;

3. Petitioner's Motion for release and damages (ECF Doc. No. 13) based on a future medical condition is **DENIED without prejudice**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.